Original Complaint

pwg
1963
2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

= 2:07 cv 358 - MHT

07 MAR -7 PM 12:36

Jimmie Bozeman 163240 C1-11-A

Inmate Identification Number:

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Stuard Mrs. Anderson

Chelf McKane

Stuard AL.

Captin ~~~~~~ Caption Salvester nettles

(Enter above full name(s) of the defendant(s)
in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

CV-07-PWG-0437-S

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( ✓ )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Jimmie Bozeman

Defendant(s): Officer SL miles

Stuard Mrs Anderson

2. Court (if Federal Court, name the district; if State Court, name the county) montgomery ALa

3. Docket number CC-2-003-9361

4. Name of judge to whom case was assigned J.w.(?)amcole

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit 2-27-07

7. Approximate date of disposition 2-25-07/2-23-07

II. Place of present confinement Bullock county correctional

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not? didn't have one

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Jimmie Bozeman

Rosemary Colvin

Address 2923 norwood Blvd

Birmingham Ala 35234

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Chelk McKane

is employed as COI correctional staff

at Bullock county correctional

C. Additional Defendants mrs Anderson

officer B. Johnson

officer SL miles / cuttin seivesterng

officer Joseph Hoyle

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

mrs Anderson Refuses to give me my Dubble porshon this meaning and they know that I supposed to get a Dubble porshon tray every day

3

But the officer and the sgt, and the captin and the LT, on third shift told them to give me my Bubble Porshon But they Refuse to give me Dubble Porshon mRs. anderson told me to get out of line

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

What I want the court to do is to call down here and talk to the commissoner and the warden and the captin have them to make sure that I get a Dubble porshon tray every day.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28-07.

Jimmie Bozeman

Signature(s)

4

Tim Mcbzeman 1632 40 ciry4
P.O.Box 9107
Union Springs ALa
36089

Legal mail

United States
District Court
Honorable Judge
Reui McGranberry
Room 140
1729 5th Ave No
Birmingham 19W 35203

RECEIVED
MAR 07 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ALABAMA

02 1M
0004219410  MAR 06 2007
MAILED FROM ZIP CODE 36089
$00.390
PITNEY BOWES