FILED
2007 Apr-12 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE BOZEMAN,** | ) |
| Plaintiff, | ) |
| | ) 2:07cv358-MHT |
| vs. | ) Case No. CV 07-S-437-S |
| | ) |
| **CHIEF McKANE**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The magistrate judge filed a report on March 23, 2007, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court ADOPTS the report and ACCEPTS the recommendation of the magistrate judge. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

DONE this 12th day of day of April, 2007.

United States District Judge

TRUE COPY:
Angela Inglewright