IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JIMMIE BOZEMAN, #163 240 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-358-MHT |
| STUARD MRS. ANDERSON, *et al.*, | * | |
| Defendants. | * | |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Bullock Correctional Facility in Union Springs, Alabama, filed this 42 U.S.C. § 1983 action on March 7, 2007.[1] He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before May 14, 2007 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[2] Plaintiff

---

[1] Plaintiff originally filed this complaint with the United States District Court for the Northern District of Alabama. Concluding that venue in the Northern District of Alabama was not proper, the United States District Court for the Northern District of Alabama, by order entered April 12, 2007, transferred the instant action to this court.

[2] If Plaintiff requests *pauper* status, his motion for leave to proceed *in forma pauperis* should be accompanied by a prison account statement from the account clerk at the Bullock Correctional Facility

is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 30th day of April 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.